# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SAIM SARWAR, :
: Case No.: 1:20-cv-3648
    Plaintiff, :
v. :
:
DOYLE DUPONT LLC, :
:
    Defendant. :
_____ :

## NOTICE OF SETTLEMENT

    Plaintiff, by and through her undersigned counsel, hereby advises the Court that the parties have reached an agreement in principle to resolve this dispute. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel: 404.276.7277

ATTORNEYS FOR PLAINTIFF